Albro Akin, Respondent, *v.* Ezra M. Meeker et al.,
Appellants.

*Akin* v. *Meeker*, 78 Hun, 387, affirmed
(Argued May 28, 1896; decided June 16, 1896.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 24, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court, and also affirmed an order denying a motion for a new trial.

*Lawrence E. Sexton* for appellants.

*John M. Bowers* and *Latham G. Reed* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except ANDREWS, Ch. J., and HAIGHT, J., dissenting.